# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ALFONSO VILLALOBOS,

                              Plaintiff,

v.

MATTHEW T. MILONE. ESQ., et al.,

                              Defendants.

Case No.: 2:14-cv-01262-RFB-NJK

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE**

      Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 5, 2014.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

      Pursuant to Local Rule IB 3-2(a), objections were due by November 19, 2014. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s) that the Plaintiff's action be DISMISSED without

prejudice. Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that the Plaintiff's action shall be dismissed without prejudice.

**IT IS ORDERED** that the Clerk of Court shall mail a copy of this Findings and Recommendation and Order to Defendant Alfonso Villalobos, 519 S. 10th Street, # 6, Las Vegas, Nevada 89101.

**The Clerk shall enter judgment accordingly and close case.**

**DATED** this 29th day of January, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court Judge